No. 58430.—S. S. Kresge Company v. United States, protests 952583–G, etc. (Baltimore).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the items of the merchandise marked "P" consist of figures or articles, composed wholly or in chief value of papier mâché, the same in all material respects as those the subject of Abstract 56975, the claim at 25 percent under paragraph 1403 as manufactures of papier mâché, not specially provided for, was sustained. The items marked "W," stipulated to consist of articles, composed wholly or in chief value of wood, the same (except the component material of chief value) as the merchandise involved in said Abstract 56975, were held dutiable at 33⅓ percent under paragraph 412 as manufactures, composed wholly or in chief value of wood, not specially provided for.

No. 58431.—F. W. Woolworth Co. v. United States, protests 24721–K and 194514–K (Philadelphia).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the items of the merchandise marked "A" consist of novelty figures, composed in chief value of papier mâché, the same in all material respects as those the subject of Abstract 57018, the claim at 12½ percent under paragraph 1403, as modified, supra, was sustained. The items marked "D," stipulated to consist of animal or human figures, composed wholly or in chief value of papier mâché, were held dutiable at 25 percent under paragraph 1403 of the tariff act.